Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Erik J. Ekblad, Esq. (CSB #228069)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
(310) 670-1600
(310) 670-1231 (Fax)

Attorneys for Class Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MULLIGAN, | Case No.: CV 03-5610 CAS (MANx) |
| Plaintiff, | [PROPOSED] ORDER APPROVING NOTICE AND DIRECTING DEFENDANTS BRECKENRIDGE GROUP, INC. AND PACIFIC BAGEL PARTNERS, LLP, TO FACILITY NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS |
| vs. | |
| BRUEGGER'S CORPORATION, a Delaware corporation; BRUEGGER'S FRANCHISE CORPORATION, a Delaware Corporation; BRECKENRIDGE GROUP, INC., a California corporation; PACIFIC BAGEL PARTNERS, LLP, a California Limited Liability Partnership; and DOES 1 through 100, inclusive, | [FILED CONCURRENTLY WITH: |
| | 1. NOTICE OF MOTION AND MOTION OF PLAINTIFFS' TO FACILITATE NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS; |
| | 2. MEMORANDUM OF POINTS AND AUTHORITIES TO PLAINTIFFS' MOTION TO FACILITATE NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS; |
| Defendants. | 3. DECLARATION OF ERIK J. EKBLAD, ESQ.; AND |
| | 4. DECLARATION OF AMY MULLIGAN] |
| | Date:       June 28, 2004 |
| | Time:      10:00 a.m. |
| | Courtroom: 5 |

The Motion of Plaintiff Amy Mulligan to Facilitate Notice to Potential Collective Action Members against Defendants Breckenridge Group, Inc., and

Page 1

Pacific Bagel Partners, LLP came on for hearing on June 28, 2004 at 10:00 a.m. before the Honorable Christina A. Snyder of the above-entitled court. Mark Ozzello, Esq. and Erik J. Ekblad, Esq. appeared on behalf of Plaintiff. Jon D. Meer, Esq. of Piper Rudnick appeared on behalf of Defendant Bruegger's Corporation. Michael S. Leboff, Esq., of Hodel Briggs Allison & Winter appeared on behalf of Defendants Breckenridge Group, Inc., and Pacific Bagel Partners, LLP.

**THE COURT MADE THE FOLLOWING RULING:**

    1.    The Motion of Plaintiff to Facilitate Notice to Potential Collective Action Members against Breckenridge Group, Inc., and Pacific Bagel Partners, LLP is granted.

    2.    Defendants Breckenridge Group, Inc. and Pacific Bagel Partners, LLP must provide the names, addresses, and other identifying information of all former, and currently employed, persons who held, or are currently holding the job position of "General Manager," and for an Order directing that Notice be sent to any persons so identified employed during the period May 1, 2000 to the present advising them of the pendency of this action and their ability to opt-in to the suit by filing a "Consent To Join Action."

    3.    Counsel for Plaintiff must notify all individuals on the list by First Class mail of the existence of this litigation and providing them with a "Consent to Join" form so that each person may participate in this action.

    4.    The proposed form of the "Notice" and the "Consent to Join" provided by Plaintiff is approved for use in this action.

**IT IS SO ORDERED:**

DATED: _June 22, 2004_          _Christina A. Snyder_
                                                        Honorable Christina A. Snyder

Page 2

CV 03-5610 CAS (MANx)
[Proposed] Order Approving Notice and Directing Defendants Breckenridge Group, Inc. and Pacific Bagel Partners, Llp, to Facility Notice

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of eighteen and am not a party to the within action; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **May 28, 2004**, I served the foregoing document described as: **[PROPOSED] ORDER APPROVING NOTICE AND DIRECTING DEFENDANTS BRECKENRIDGE GROUP, INC. AND PACIFIC BAGEL PARTNERS, LLP, TO FACILITY NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS** on the interested parties in this action by transmitting [ ] the original [✔] a true copy thereof as follows:

Glenn L. Briggs, Esq.
Michael S. Leboff, Esq.
Theresa A. Whitman, Esq.
HODEL BRIGGS ALLISON & WINTER LLP
8105 Irvine Center Drive, Suite 1230
Irvine, CA 92618
Phone (949) 450-8040
Fax (949) 450-8033

John D. Meer, Esq.
PIPER RUDNICK, LLP
1999 Avenue of the Stars, 4th Floor
Los Angeles, California 90067
(310) 595-3000
(310) 595-3300 Fax

[✔] **(BY MAIL), as follows:** I deposited the envelopes for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed this **May 28, 2004** at Los Angeles, California.

Rosario Mostorino
Type or Print Name                                    Signature

Page 3

CV 03-5610 CAS (MANx)
[Proposed] Order Approving Notice and Directing Defendants Breckenridge Group, Inc. and Pacific Bagel Partners, Llp, to Facility Notice