ORIGINAL

LODGED 2004 JUL -6 PM 3:42

1 | PIPER RUDNICK LLP
2 | JON D. MEER, State Bar No. 144389
  | 1999 Avenue of the Stars, Fourth Floor
  | Los Angeles, California 90067-6022
3 | Telephone: (310) 595-3000
  | Facsimile: (310) 595-3300
4
5 | PIPER RUDNICK LLP
  | STEVEN K. FEDDER
6 | 6225 Smith Avenue
  | Baltimore, Maryland 21209-3600
7 | Telephone: (410) 580-3000
  | Facsimile: (410) 580-3001
8
9 | Attorneys for Defendants
  | BRUEGGER'S CORPORATION and
10 | BRUEGGER'S FRANCHISE CORPORATION

```
FILED
CLERK, U.S DISTRICT COURT
JUL -7 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

Priority ___
Send  ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MULLIGAN, an individual, for herself and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRUEGGER'S CORPORATION, a Delaware corporation; BRUEGGER'S FRANCHISE CORPORATION, a Delaware corporation; BRECKENRIDGE GROUP, INC., a California Corporation; PACIFIC BAGEL PARTNERS, LLP, a California Limited Liability Partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV03-5610 CAS (MANx)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS BRUEGGER'S CORPORATION AND BRUEGGER'S FRANCHISE CORPORATION |



DOCKETED ON CM
JUL -8 2004
BY _____ 072

-LOSA1:95942.v1
21806201-1008

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Amy Mulligan ("Plaintiff") and Defendants BRUEGGER'S CORPORATION and BRUEGGER'S FRANCHISE CORPORATION ("Bruegger's") hereby stipulate, through their counsel of record, that Bruegger's shall be dismissed from the above-captioned action, in its entirety and as to all claims, without prejudice.

Plaintiff and Bruegger's also stipulate, through their counsel of record, that they each shall be responsible for their own attorneys' fees and costs.

SO STIPULATED:

Dated: June 24, 2004

ARIAS, OZZELLO & GIGNAC, LLP

By: _____
Mike Arias
Mark A. Ozzello
J. Paul Gignac
Attorneys for Plaintiff
AMY MULLIGAN

Dated: June 24, 2004

PIPER RUDNICK LLP

By: _____
Jon D. Meer
Attorneys for Defendants
BRUEGGER'S CORPORATION and
BRUEGGER'S FRANCHISE
CORPORATION

IT IS SO ORDERED:

Dated: July 7, 2004

_____
Hon. Christine A. Snyder
Judge of the United States
District Court, Central District
of California

LOSA1:95942.v1
21806201-1008

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1999 Avenue of the Stars, Fourth Floor, Los Angeles, California 90067-6022.

On July 6, 2004, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS BRUEGGER'S CORPORATION AND BRUEGGER'S FRANCHISE CORPORATION**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated on the attached mailing list:

**PLEASE SEE THE ATTACHED SERVICE LIST**

☒ **BY MAIL** *(C.C.P. § 1013(a))* I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. postal service. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY PERSONAL SERVICE** *(C.C.P. 1011(a); Los Angeles County Local Rule 9.8(d))* I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2004 at Los Angeles, California.

Inah Lee
[Print Name Of Person Executing Proof]        [Signature]

~LOSA1:96010.v1                    3
21806201-1008

|   |   |   |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | Mike Arias, Esq.<br>Mark A. Ozzello, Esq. | *Attorneys for Plaintiff*<br>*AMY MULLIGAN* |
| 3 | **Arias, Ozzello & Gignac, LLP**<br>6701 Center Drive West, Suite 1400 | |
| 4 | Los Angeles, California 90045-1535 | |
| 5 | J. Paul Gignac, Esq.<br>**Arias, Ozzello & Gignac, LLP** | *Attorneys for Plaintiff*<br>*AMY MULLIGAN* |
| 6 | 1231 State Street, Suite 206<br>Santa Barbara, California 93101 | |
| 7 | | |
| 8 | Steven H. Haney, Esq.<br>**Haney, Buchanan & Patterson, LLP**<br>707 Wilshire Boulevard, 53rd Floor | *Attorneys for Plaintiff*<br>*AMY MULLIGAN* |
| 9 | Los Angeles, California 90017 | |
| 10 | Glenn L. Briggs, Esq.<br>Michael S. Leboff, Esq. | *Attorneys for Defendants*<br>*BRECKENRIDGE GROUP, INC.* |
| 11 | Theresa A. Whitman, Esq.<br>**Hodel Briggs Allison & Winter LLP** | *and PACIFIC BAGEL*<br>*PARTNERS, LLP* |
| 12 | 8105 Irvine Center Drive, Suite 1230<br>Irvine, California 92618 | |