1  GLENN L. BRIGGS (SB# 174497)
   MICHAEL S. LEBOFF (SB# 204612)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1230
3  Irvine, CA 92618
   Telephone: (949) 450-8040
4  Facsimile: (949) 450-8033

5  Attorneys for Defendants
   BRECKENRIDGE GROUP, INC. and PACIFIC BAGEL
6  PARTNERS, LLP

7

8

                UNITED STATES DISTRICT COURT FOR THE

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MULLIGAN, an individual, for herself and on behalf of all employees similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BRUEGGER'S CORPORATION, a Delaware corporation; BRUEGGER'S FRANCHISE CORPORATION, a Delaware corporation; BRECKENRIDGE GROUP, INC., a California corporation; PACIFIC BAGEL PARTNERS, LLP, a California Limited Liability Partnership; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV03-5610 CAS (MANx)<br><br>[Assigned for all purposes to the calendar of the Hon Christina A. Snyder]<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE IN LIGHT OF SETTLEMENT DISCUSSIONS**<br><br>Trial Date: April 12, 2005 |

1

1  The parties, by and through their respective attorneys of record, hereby
2  submit the following stipulation to continue the pre-trial conference in this matter to
3  Monday, March 28, 2005, so that the parties may continue to focus their efforts on
4  settlement. Trial in this matter is currently set to begin on April 12, 2005. The
5  parties, however, through their attorneys, have engaged in substantial settlement
6  discussions, and believe that the parties are very close to resolving this matter. To
7  that end, the parties request that the date of the pre-trial conference be continued so
8  that the parties can finalize their settlement discussions.

DATED: December 14, 2004    ARIAS, OZZELLO & GIGNAC, LLP

By: _____
MARK A. OZZELLO
ARNOLD C. WANG
Attorneys For Plaintiff AMY MULLIGAN


DATED: December __, 2004    GLENN L. BRIGGS
MICHAEL S. LEBOFF
HODEL BRIGGS WINTER LLP


By:_____
MICHAEL S. LEBOFF

Attorneys for Defendants
BRECKENRIDGE GROUP, INC. and PACIFIC
BAGEL PARTNERS, LLP


**IT IS SO ORDERED:**

Date: 12/16/04           _____

Judge, United States District Court

2

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE

1  The parties, by and through their respective attorneys of record, hereby
2  submit the following stipulation to continue the pre-trial conference in this matter to
3  Monday, March 28, 2005, so that the parties may continue to focus their efforts on
4  settlement. Trial in this matter is currently set to begin on April 12, 2005. The
5  parties, however, through their attorneys, have engaged in substantial settlement
6  discussions, and believe that the parties are very close to resolving this matter. To
7  that end, the parties request that the date of the pre-trial conference be continued so
8  that the parties can finalize their settlement discussions.

DATED: December__, 2004          ARIAS, OZZELLO & GIGNAC, LLP


By:_____
     MARK A. OZZELLO
     ARNOLD C. WANG
     Attorneys For Plaintiff AMY MULLIGAN


DATED: December 14, 2004         GLENN L. BRIGGS
                                 MICHAEL S. LEBOFF
                                 HODEL BRIGGS WINTER LLP


By:_____
          MICHAEL S. LEBOFF

Attorneys for Defendants
BRECKENRIDGE GROUP, INC. and PACIFIC
BAGEL PARTNERS, LLP


**IT IS SO ORDERED:**

Date: _____       _____
                                Judge, United States District Court

- 2 -

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE